(Official Form 1) (12/02)

| FORM B1 | United States Bankruptcy Court | Voluntary Petition |
|---|---|---|
| | Northern   District of   Illinois | |

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Seceleanu, Viorica** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No.  (if more than one, state all):<br>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 | Soc. Sec./Tax I.D. No.  (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**7306 N. Winchester Avenue<br>Unit 503<br>Chicago, Il 60626** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **Cook** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [x] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other _____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- [x] Consumer/Non-Business
- [ ] Business

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [x] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative exp. be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 |
|---|---|---|---|---|---|
| | [ ] | [ ] | [x] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50... $1... |
|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50... $1... |
|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 03/29/2004
Time: 9:26:51
Debtor: VIORICA SECELEANU
Case: 04-12158      Fee : 209
Chapter: 7 Rec. # : 3071393
Judge: Susan Pierson Sonderby
341 mtg: 05/12/2004 @ 12:30PM
Trustee: RONALD PETERSON

1:04BK12158-BK001

**(Official Form 1) (12/02)**
FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Seceleanu, Viorica |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

# Signatures

### Signature(s) of Debtor(s) (Individual/Joint)
I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Viorica Seceleanu_
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of Attorney
X _____
Signature of Attorney for Debtor(s)
**Kenneth K. Ditkowsky**
Printed Name of Attorney for Debtor(s)
**Ditkowsky & Contorer**
Firm Name
**2626 West Touhy Avenue**
Address
**Chicago, Illinois 60645**
**773-764-3421**
Telephone Number

Date

### Signature of Debtor (Corporation/Partnership)
I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)      Date

### Exhibit C
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☐ No

### Signature of Non-Attorney Petition Preparer
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

FORM B6-Cont.
(6/90)

# UNITED STATES BANKRUPTCY COURT

Northern _____ **District of** _____ Illinois _____

In re _____ **Seceleanu, Viorica** _____ ,          Case No. _____
        **Debtor**                                                          (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Y | 1 | $ 5,000,000.00 | | |
| B - Personal Property | Y | 3 | $ 12,029.00 | | |
| C - Property Claimed as Exempt | Y | 1 | | | |
| D - Creditors Holding Secured Claims | Y | 1 | | $ 159,542.00+ | |
| E - Creditors Holding Unsecured Priority Claims | Y | 2 | | $ Unknown | |
| F - Creditors Holding Unsecured Nonpriority Claims | Y | 6 | | $ Unknown | |
| G - Executory Contracts and Unexpired Leases | Y | 1 | | | |
| H - Codebtors | Y | 1 | | | |
| I - Current Income of Individual Debtor(s) | Y | 1 | | | $ .000.00 |
| J - Current Expenditures of Individual Debtor(s) | Y | 1 | | | $ 3118.00 |
| Total Number of Sheets of ALL Schedules ➤ | | 18 | | | |
| Total Assets ➤ | | | $ 5,012,029.00 + | | |
| Total Liabilities ➤ | | | | $ 159,542.00+ | |

FORM B6A
(6/90)

In re _____ Seceleanu, Viorica _____ ,          Case No. _____
                                    **Debtor**                                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant , community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 7306 N. Winchester Avenue Unit 503 Chicago, Illinois 60626 | Condominium | | 150,000.00 | 122,000.00 + |
| 5616 N. Kenmore Avenue Chicago, Illinois | Various Units in unsold units approximately 15 units with 10 parking spaces | | 1,700,000.00 | 1,200,000.00 + |
| 7301 N. Sheridan Road Chicago, Illinois | 110 Units w/ 2 parking lots | | 3,000,000.00 | 5,970,000.00 + |
| 7306 N. Winchester Avenue Unit 304 Chicago, Illinois 60626 | Condominium | | 150,000.00 | |
| | | Total▶ | 5,000,000.00 | |

(Report also on Summary of Schedules.)

FORM B6B
(10/89)

In re _____ Seceleanu, Viorica _____,        Case No. _____
          **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | | | 200.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | x | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Deposit with Commonwealth Edison | | 129.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Misc | | 500.00 |
| 5.  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | | | |
| 6.  Wearing apparel. | x | Misc | | 200.00 |
| 7.  Furs and jewelry. | x | | | 1000.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | x | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | x | | | |
| 10.  Annuities.  Itemize and name each issuer. | x | | | |

FORM B6B-Cont.
(10/89)

In re _____,                Case No. _____
Seceleanu, Viorica
          **Debtor**                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | x | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | x | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | | Interest in Real Estate disclosed in Schedule A. These are partnerships | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | x | | | |
| 15. Accounts receivable. | x | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | husband required to pay maintenance in the amount of 1150.00 but is not paying | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | x | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule of Real Property. | x | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | x | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | See Divorce Litigation; Debtor claims a fiduciary relationship between herself and Remus Ristin. She claims that marital funds may have been transferred by Ristin to 3rd persons incl Lucretia Ristin and Vitomir Ristin, 4542 N. Long Ave., Chicago, Il | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | x | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | x | | | |

FORM B6B-cont.
(10/89)

**In re** _____ Seceleanu, Viorica _____ ,        **Case No.** _____
                    **Debtor**                                                          **(If known)**

# SCHEDULE B -PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Volkswagen Passat | | 10,000.00 |
| 24. Boats, motors, and accessories. | x | | | |
| 25. Aircraft and accessories. | x | | | |
| 26. Office equipment, furnishings, and supplies. | x | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | x | | | |
| 28. Inventory. | x | | | |
| 29. Animals. | x | | | |
| 30. Crops - growing or harvested. Give particulars. | x | | | |
| 31. Farming equipment and implements. | x | | | |
| 32. Farm supplies, chemicals, and feed. | x | | | |
| 33. Other personal property of any kind not already listed. Itemize. | | Marital assets may be in possession of Lilian Savie, 7301 N. Sheridan Road, Chicago, Il | | |

_____0_____ continuation sheets attached        Total▶        $  12,029.00

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Seceleanu, Viorica _____   Case Number_____
_____Debtor_____                                          (if known)

## SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
**(Check one box)**

☐ 11 U.S.C 522 (b) (1):   Exemptions provided in 11 U.S.C.522 (d). Note: these exemptions are
**X** 11 U.S.C 522 (b)(2):   available under application non bankruptcy federal laws, state or local
law   where the debtor's domicile has been located for the 180 days
immediately preceding the filing of the petition or for a longer portion
of the 180-day period than in any other place, and the debtor's interest
as a tenant by the entirety or joint tenant to the extent the interest is
exempt form process under applicable non bankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF A CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 7306 N. Winchester Unit 503 Chicago, Il 60626 | Homestead Exemption | 7,500.00 | 150,000.00 |
| General Household goods and furnishings at debtor's residence | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| Necessary Wearing Apparel | 735 ILCS 5/12-1001(a) | 200.00 | 200.00 |
| Automobile(s) | 735 ILCS 5/12-1001(C) | 1500.00 | unknown |
| Wild Card Exemption | 735 ILCS 5/12-1001 | 2000.00 | 2000.00 |

Form B6D
(12/03)

In re _____ **Seceleanu, Viorica** _____ ,        Case No. _____
                  Debtor                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **02 CH 22721** <br><br> **Wells Fargo Home Mortgage** <br> **c/o Codilis & Associates** <br> **15W030 N. Frontage Road, Suite 100** <br> **Burr Ridge, Il 60527** | | | **Condominium** <br><br><br> VALUE $ | | | | **Unknown** | |
| ACCOUNT NO. <br><br> **Fairbanks Capital** <br> **Co Fisher & Fisher** <br> **120 N. LaSalle Street** <br> **Suite 2520** <br> **Chicago, Illinois 60602** | | | **7306 N. Winchester Ave Unit 503 Chicago, Il 60626** <br><br> VALUE $ | | | | **122,000.00+** | |
| ACCOUNT NO. <br><br> **Reza Toulabi** <br> **C/o Jerry Lagerquist** <br> **1476 W. Berwyn Avenue** <br> **Chicago, Illinois 60640** | | | **7301 N. Sheridan Road apartment building w/ parking lots** <br><br> VALUE $ | | | | **5,970,000.00+** | |
| ACCOUNT NO. <br><br> **Carl and Leona Sonne** <br> **C/o Jess E. Forest** <br> **1400 Renaissance Drive, Suite 203** <br> **Park Ridge, Illinois 60068-1335** | | | **5616 N. Kenmore Ave Chicago (26 Units)** <br><br> VALUE $ | | | | **500,000.00 +** | |

_____ continuation sheets attached

Subtotal ▸ **$ 6,592,000**
(Total of this page)

Total ▸ **$**
(Use only on last page)

(Report total also on Summary of Schedules)

Form B6D
(12/03)

In re _____ **Seceleanu, Viorica** _____,          Case No. _____
                              Debtor                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 074-00000990962706 <br><br> **Harris Bank** <br> **3800 Golf Road, Suite 300** <br> **P.O. Box 5038** <br> **Rolling Meadows, Il 60008** | | | **Volkswagon Passet** <br><br><br> VALUE $ | | | | **32,719.17+** | |
| ACCOUNT NO. <br><br> **Flagstar Bank** <br> Pierce + Assoc. <br> 18 S. Michigan <br> Suite 1200 <br> Chicago Il 60603 | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> **Fifth Third Bank** Lane <br> 348 W. Carroll <br> Elmhurst, Il 60126 | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> **Bank of New York** <br> **C/o Fisher & Fisher** <br> **120 N. LaSalle Street** <br> **Suite 2520** <br> **Chicago, Illinois 60602** | | | <br><br> VALUE $ | | | | **121,823.15** | |

_____ continuation sheets attached

                                       Subtotal ▪   $
(Total of this page)
Total ▪   $
(Use only on last page)
(Report total also on Summary of Schedules)

Form B6E
(12/03)

In re ___Seceleanu, Viorica_____,          Case No._____
                          Debtor                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

Form B6E
(12/03)

In re _Ceceleanu, Vinica_ ,                    Case No._____
    Debtor                (if known)

☐ **Alimony, Maintenance, or Support**

  Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0** continuation sheets attached

FORM B6F (Official Form 6F) (9/97)

In re _____ Seceleanu, Viorica _____,          Case No. _____
                    **Debtor**                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4057 6918 2600 0406<br><br>Elan Financial Services<br>P.O. Box 790408<br>St. Louis, MO 63179-0408 | | | | | | | 8,252.83 |
| ACCOUNT NO.<br><br>Cantwell & Cantwell   30 N. LaSalle Street, Suite 2850<br>Chicago, Il 60602 | | | | | | | 500.00 |
| ACCOUNT NO.  074-00000990962706<br><br>Harris Bank<br>3800 Golf Road, Suite 300<br>Rolling Meadows, Il 60008 | | | | | | | 32,719.17+ |
| ACCOUNT NO.<br><br>Rosen Management   6310 N. Lincoln Avenue<br>Chicago, Illinois 60659-1217 | | | | | | | 5254.74 |

_____ continuation sheets attached                     Subtotal ➤  | $  46,726.74

                                                         Total ➤  | $
                                                         (Report also on Summary of Schedules)

FORM B6F - Cont.
(10/89)

In re _____Seceleanu, Viorica_____,        Case No. _____

Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   8060046755 <br><br> Fairbanks Capital Corp. <br> Loan Servicing Center <br> P.O. Box 551170 <br> Jacksonville, Fl 32255-1170 | | | | | | | Unknown |
| ACCOUNT NO.   03 C 7178 <br><br> Fisher & Fisher <br> 120 N. LaSalle St., Ste 2520 <br> Chicago, Il 60602 | | | | | | | 121,823.15 |
| ACCOUNT NO.   01157065930 <br><br> Onyx Acceptance Corp <br> 27051 Towne Centre Dr. <br> Foothill Ranch, CA 92610 | | | | | | | 13,683.78 |
| ACCOUNT NO. <br><br> Weiss and Neumann <br> 2945 W. Peterson Avenue <br> Chicago, Il 60659 | | | | | | | Unknown |
| ACCOUNT NO. <br><br> Rudolph Mader <br> 4732 N. Damen Avenue <br> Chicago, Il 60625 | | | | | | | 10,000.00 |

Sheet no. ___ of ___sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤        $   145,506.33
(Total of this page)

Total ➤        $
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

FORM B6F - Cont.
(10/89)

In re _____Seceleanu, Viorica_____,          Case No. _____
                    **Debtor**                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> GlobeCast North America, Inc. <br> P.O. Box 932666 <br> Atlanta, Ga 31193-2666 | | | | | | | Unknown |
| **ACCOUNT NO.** <br><br> ComEd <br> Bill Payment Center <br> Chicago, Illinois 60626 | | | | | | | Unknown |
| **ACCOUNT NO.** <br><br> Thomas J. Chorba, MD <br> 2740 West Foster #105 <br> Chicago, Il 60625 | | | | | | | Unknown |
| **ACCOUNT NO.** 0007001168001789477 <br><br> Household Bank <br> Department 7680 <br> Carol Stream, Il 60116-7680 | | | | | | | Unknown |
| **ACCOUNT NO.** <br><br> Fifth Third Bank <br> 348 West Carol Lane <br> Elmhurst, Il 60126 | | | | | | | Unknown |

Sheet no. ___ of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal ➤ (Total of this page) | $ Unknown |
|---|---|---|
|  | Total ➤ | $ |
|  | (Use only on last page of the completed Schedule E.) | |
|  | (Report total also on Summary of Schedules) | |

FORM B6F - Cont.
(10/89)

In re _____,          Case No. _____
                Seceleanu, Viorica                                          (If known)
                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Remus Ristin 7301 N. Sheridan Road Apt 401 Chicago, Il 60626 | | | | | | | Unknown |
| ACCOUNT NO. | | | | | | | |
| Thomas Polinski, Esq 5844 W. Irving Park Road Chicago, Il 60634 | | | | | | | Unknown |
| ACCOUNT NO. | | | | | | | |
| Michael Rivas 3540 Lincoln Street Franklin Park, Il 60131 | | | | | | | Unknown |
| ACCOUNT NO. | | | | | | | |
| Ivan Vasic 10020 S. Western Avenue Chicago, Il 60643 | | | | | | | Unknown |
| ACCOUNT NO. | | | | | | | |
| Evans Gzesh & Co. 4165 N. Milwaukee Avenue Chicago, Il 60641 | | | | | | | Unknown |

Sheet no. ___ of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤     $ Unknown
(Total of this page)
Total ➤     $
(Use only on last page of the completed Schedule E.)
(Report total also on Summary of Schedules)

FORM B6F - Cont.
(10/89)

In re _____,  Case No. _____
Secceleanu, Viorica
                    **Debtor**                                    **(If known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Mr. Thomas J. Karacic<br>55 West Monroe Street<br>Suite 500<br>Chicago, Illinois 60603 | | | | | | | Unknown |
| ACCOUNT NO. <br><br> Mr. Dale Smirl<br>19 South LaSalle Street<br>Chicago, Illinois 60603 | | | | | | | Unknown |
| ACCOUNT NO. <br><br> Mr. Wayne Kaplan, Mr. Chad M. Kowal<br>333 West Wacker Drive<br>Suite 400<br>Chicago, Illinois 60606 | | | | | | | Unknown |
| ACCOUNT NO. <br><br> Howard L. Ward<br>29 S. LaSalle Street, Suite 434<br>Chicago, Illinois 60603 | | | | | | | Unknown |
| ACCOUNT NO. <br><br> | | | | | | | Unknown |

Sheet no. ___ of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $  Unknown
(Total of this page)
Total ➤   $
(Use only on last page of the completed Schedule E.)
(Report total also on Summary of Schedules)

FORM B6F - Cont.
(10/89)

In re _____ Seceleanu, Viorica _____ ,     Case No. _____
                        Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Internal Revenue Service Kansas City, Mo 64999 | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| Illinois Dept. of Revenue P.O. Box 19009 Springfield, Il 62794 | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| City of Chicago 121 N. LaSalle Street Chicago, Il 60601 | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |

Sheet no. ___ of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $
(Total of this page)
Total ➤   $
(Use only on last page of the completed Schedule E.)
(Report total also on Summary of Schedules)

B6G
(10/89)

In re ___Seceleanu, Viorica_____ ,          Case No._____
                    **Debtor**                                                 **(If known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

**NOTE:**  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H
(6/90)

In re Seccaleanu, Viorica                                          ,          Case No. _____
_____
          **Debtor**                                                                                        **(If known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Remus Ristin<br>7301 N. Sheridan Road, Apt. 401<br>Chicago, Illinois 60626<br><br><br>Note: It is believed VALENTINA SILISTRARU (DEBTOR'S MOTHER) HAS OPENED ACCOUNTS WITH THE DEBTOR'S NAME ON THEM. THE DEBTOR HAS NO INTEREST IN SAID ACCOUNTS SUCH FUNDS ORIGINATING IN BUCHAREST ROMANIA - SEE ATTACHMENT<br><br><br>AT HOYNE SAVINGS BANK AND POSSIBLY AT OTHER BANKS DURING THE PERIOD OF TIME WHEN REMUS RISTIN WAS MANAGING THE MARITAL ASSETS, BANK ACCOUNTS WERE OPENED THAT BORE THE DEBTOR'S NAME. ONE SUCH ACCOUNT 01-03-111715 AND 01-81-20993. DEBTOR BELIEVES THAT AN ACCOUNT MAY BE AT FIRST SECURITY BANK | |

Form B6I
(12/03)

In re _____ ,                    Case No._____
                    **Debtor**                                                          (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: **M** | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | RELATIONSHIP  **NONE** | | AGE |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | UNEMPLOYED | REMUS RISTIN |
| Name of Employer | | UNKNOWN |
| How long employed | | UNKNOWN |
| Address of Employer | | |

| | DEBTOR | SPOUSE |
|---|---|---|
| **Income:** (Estimate of average monthly income) | | |
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 000.00 | $ UNKNOWN |
| Estimated monthly overtime | $ 000.00 | $ UNKNOWN |
| **SUBTOTAL** | $ 000.00 | $ UNKNOWN |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 000.00 | $ _____ |
| b. Insurance | $ 000.00 | $ _____ |
| c. Union dues | $ 000.00 | $ _____ |
| d. Other (Specify: _____ ) | $ 000.00 | $ _____ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 000.00 | $ UNKNOWN |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 000.00 | $ |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 000.00 | $ _____ |
| Income from real property | $ 000.00 | $ _____ |
| Interest and dividends | $ 000.00 | $ _____ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 1250.00 NOT PAID | $ _____ |
| Social security or other government assistance (Specify) _____ | $ 000.00 | $ _____ |
| Pension or retirement income | $ 000.00 | $ _____ |
| Other monthly income (Specify) _____ | $ 000.00 | $ _____ |
| | $ 000.00 | $ _____ |
| | $ 000.00 | $ _____ |
| TOTAL MONTHLY INCOME | $ 000.00 | $ UNKNOWN |

TOTAL COMBINED MONTHLY INCOME     $ 000.00 _____        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

FORM B6J
(6/90)

In re _____ Seceleanu, Viorica _____,        Case No._____
                          Debtor                                              (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 1268.00 |
| Are real estate taxes included?          Yes _____     No ✔ | | |
| Is property insurance included?          Yes _____     No ✔ | | |
| Utilities      Electricity and heating fuel | $ | 360.00 |
|           Water and sewer | $ | |
|           Telephone | $ | 300.00 |
|           Other  PARKING GARAGE | $ | 120.00 |
| Home maintenance (repairs and upkeep) | $ | 100.00 |
|      Food | $ | 400.00 |
| Clothing | $ | 200.00 |
| Laundry and dry cleaning | $ | 50.00 |
| Medical and dental expenses | $ | 300.00 |
| Transportation (not including car payments) | $ | 20.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | |
| Charitable contributions | $ | |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|           Homeowner's or renter's | $ | |
|           Life | $ | |
|           Health | $ | |
|           Auto | $ | |
|           Other _____ | $ | |
| Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | $ | |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|           Auto | $ | 900.00 |
|           Other _____ | $ | |
|           Other _____ | $ | |
| Alimony, maintenance, and support paid to others | $ | |
| Payments for support of additional dependents not living at your home | $ | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| Other _____ | $ | |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 3118.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---|
| A.  Total projected monthly income | $ | |
| B.  Total projected monthly expenses | $ | |
| C.  Excess income (A minus B) | $ | |
| D.  Total amount to be paid into plan each _____ | $ | |
|                          (interval) | | |

Form 7
(9/00)

# FORM 7. STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT

Northern      **DISTRICT OF**      Illinois

In re:      Seceleanu, Viorica     ,      Case No. _____
     (Name)      (if known)
     Debtor

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT             SOURCE (if more than one)

1250.00             income would have came from award of maintenance

2

**2.    Income other than from employment or operation of business**

None


State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

---

**3.    Payments to creditors**

None


a.    List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

None
☒

b.    List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4.    Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

See Attached list

3

**None**
☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 5. Repossessions, foreclosures and returns

**None**
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

See attached list

---

### 6. Assignments and receiverships

**None**
☐

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| Howard Ward 29 S. LaSalle Street, Ste 434 Chicago, Il 60606 | 6/21/03 | court order in case no. 02 D 13860 |

---

**None**
☐

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

See 6 A above

4

### 7.  Gifts

None


List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.  Losses

None


List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.**  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY  INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9.  Payments related to debt counseling or bankruptcy

None


List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 10.  Other transfers

None


List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

5

**11. Closed financial accounts**

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| V. Silistraru | Misc. bank accounts | unknown hoyne savings bank |

6

**15. Prior address of debtor**

None
☒
If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                          NAME USED                    DATES OF OCCUPANCY

---

**16. Spouses and Former Spouses**

None
☒
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None
☒
a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME          NAME AND ADDRESS             DATE OF        ENVIRONMENTAL
AND ADDRESS        OF GOVERNMENTAL UNIT         NOTICE         LAW

---

None
☒
b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME          NAME AND ADDRESS             DATE OF        ENVIRONMENTAL

7

AND ADDRESS        OF GOVERNMENTAL UNIT        NOTICE        LAW

None
☒
c.   List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with
      respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or
      was a party to the proceeding, and the docket number.

NAME AND ADDRESS           DOCKET NUMBER              STATUS OR
OF GOVERNMENTAL UNIT                                  DISPOSITION

---

**18 . Nature, location and name of business**

None
☒
a.   If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses,
      and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
      executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six
      years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of
      the voting or equity securities within the **six years** immediately preceding the commencement of this case.
            If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the
      businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5
      percent or more of the voting or equity  securities, within the **six years** immediately preceding the
      commencement of this case.
            If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the
      businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5
      percent or more of the voting or equity securities within the **six years** immediately preceding the
      commencement of this case.

                 TAXPAYER                                              BEGINNING AND ENDING
NAME       I.D. NUMBER      ADDRESS      NATURE OF BUSINESS       DATES

---

None
☒
b.   Identify any business listed in response to subdivision a., above, that is "single asset real estate" as
      defined in 11 U.S.C. § 101.

NAME                               ADDRESS

---

      The following questions are to be completed by every debtor that is a corporation or partnership and by any individual
debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an
officer, director,  managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a
partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

      *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as
defined above, within the six years immediately preceding the commencement of this case.  A debtor who has not been in
business within those six years should go directly to the signature page.)*

8

**19. Books, records and financial statements**

None ☐   a.   List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                    DATES SERVICES RENDERED

Evans - Gzejh, 4165 N. Milwaukee Ave., Chicago, Il

None ☐   b.   List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

See Above

None ☐   c.   List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS

See Above

None ☐   d.   List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                    DATE ISSUED

See Schedule A and F

**20. Inventories**

None ☒   a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY        INVENTORY SUPERVISOR        DOLLAR AMOUNT OF INVENTORY
                                                     (Specify cost, market or other basis)

None ☒   b.   List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN
                                           OF INVENTORY RECORDS

9

**21. Current Partners, Officers, Directors and Shareholders**

None
[X]

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS          NATURE OF INTEREST    PERCENTAGE OF INTEREST

None
[X]

b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS          TITLE          NATURE AND PERCENTAGE
                                         OF STOCK OWNERSHIP

**22. Former partners, officers, directors and shareholders**

None
[X]

a.  If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                      ADDRESS        DATE OF WITHDRAWAL

None
[X]

b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS          TITLE          DATE OF TERMINATION

**23. Withdrawals from a partnership or distributions by a corporation**

None
[X]

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,             DATE AND PURPOSE    AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR    OF WITHDRAWAL       OR DESCRIPTION
                                             AND VALUE OF PROPERTY

10

**24. Tax Consolidation Group.**

None
☒

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION        TAXPAYER IDENTIFICATION NUMBER

**25. Pension Funds.**

None
☒

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND        TAXPAYER IDENTIFICATION NUMBER

* * * * * *

11

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _03 - 29 '04_____    Signature _Viccca Secaleo_____
                          of Debtor

Date _____    Signature _____
                          of Joint Debtor
                          (if any)

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____    Signature _____

                          _____
                          Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. § 152 and 3571*

---

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____    Social Security No. _____
Printed or Typed Name of Bankruptcy Petition Preparer    (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____    _____
Signature of Bankruptcy Petition Preparer    Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.*

"Be among the first to know" about newly filed cases.
Setup an automated **ALERT** notification based on your current search criteria.

Create Printable Version     Email This List

| | | | | |
|---|---|---|---|---|
| Moore Katrina | IL - Circuit - Cook - Civil-Municipal | 1998-M1-041438 | Moore Katrina vs. Seceleanu Victoria ((70) Pro SE) | 10/23/1998 |
| Burton Doris | IL - Circuit - Cook - Civil-Municipal | 1999-M1-040821 | Burton Doris vs. Seceleanu Viorica ((70) Pro SE) | 06/30/1999 |
| Flagstar Bank | IL - Circuit - Cook - Civil-Chancery | 2001-CH-04318 | Flagstar Bank vs. ((70) Pro SE) | 03/13/2001 |
| Wells Fargo Home Mortgage | IL - Circuit - Cook - Civil-Chancery | 2002-CH-22721 | Wells Fargo Home Mortgage vs. Ristin Remus ((70) Pro SE) | 12/18/2002 |
| Wells Fargo Home Mortgage | IL - Circuit - Cook - Civil-Chancery | 2002-CH-22722 | Wells Fargo Home Mortgage vs. Ristin Remus ((45) Mortgage Foreclosure) | 12/18/2002 |
| Bank of NY | IL - Circuit - Cook - Civil-Municipal | 2002-CH-22772 | Bank of NY vs. ((45) Mortgage Foreclosure) | 12/19/2002 |
| City of Chgo | IL - Circuit - Cook - Civil-Municipal | 2002-M1-400989 | City of Chgo vs. 5616 N Kenmore Ave ((45) Mortgage Foreclosure) | 02/28/2002 |
| City Chicago | IL - Circuit - Cook - Civil-Municipal | 2002-M1-602986 | City Chicago vs. Seceleanu Viorica ((45) Mortgage Foreclosure) | 02/28/2002 |
| Ameriquest Mtg | IL - Circuit - Cook - Civil-Municipal | 2003-CH-00109 | Ameriquest Mtg vs. ((45) Mortgage Foreclosure) | 01/03/2003 |
| Flagstar Bank F.S.B. | IL - Circuit - Cook - Civil-Chancery | 2003-CH-01394 | Flagstar Bank F.S.B. vs. ((45) Mortgage Foreclosure) | 01/23/2003 |
| Flagstar BK | IL - Circuit - Cook - Civil-Chancery | 2003-CH-04831 | Flagstar BK vs. ((45) Mortgage Foreclosure) | 03/14/2003 |
| Fifth Thrid | IL - Circuit - Cook - Civil-Chancery | 2003-CH-08533 | Fifth Thrid vs. ((45) Mortgage Foreclosure) | 05/16/2003 |
| 7306 N Winchester | IL - Circuit - Cook - Civil-Municipal | 2003-M1-709068 | 7306 N Winchester vs. Seceleanu Viorica ((34) Housing) | 04/14/2003 |
| Toulabi Reza | IL - Circuit - Cook - Civil-Municipal | 2003-M1-723800 | Toulabi Reza vs. Ristin Remus ((34) Housing) | 09/12/2003 |
| Ristin Remus | IL - Circuit - Cook - Civil-Municipal | 1998-M1-717069 | Ristin Remus vs. Atoro Shliah ((75) Registration of Administrative Judgment) | 06/23/1998 |
| Seceleanu Viorica | IL - Circuit - Cook - Civil-Municipal | 1998-M1-722967 | Seceleanu Viorica vs. Siwoku Frances ((75) Registration of Administrative Judgment) | 08/13/1998 |
| Seceleanu Viorica | IL - Circuit - Cook - Civil-Municipal | 2000-M1-713165 | Seceleanu Viorica vs. Gardner Denise ((45) Mortgage Foreclosure) | 05/17/2000 |
| Seceleanu Viorica | IL - Circuit - Cook - Civil-Municipal | 2002-M1-726931 | Seceleanu Viorica vs. Stephens Jonathan ((45) Mortgage Foreclosure) | 09/26/2002 |
| Seceleanu Victoria | IL - Circuit - Cook - | 2002-M1- | Seceleanu Victoria | 09/26/2002 |

```
                              *** REPRINT ***
#### 02 #### FT PROD ####              ####NORMAL MSG/ACCTG ENTRY####
                              FT INCOMING
{3100} Sender: 025001122 NORTHERN INTL NYC        {2000} Amount:      $9,975.00
{3400} Receiver: 271070908 HOUNE SB CHICAGO       {3500} Bus Function Code: CTR
{1510} Type Code:        1000
{5000} Originator:       SILISTRARU VALENTINA
                         BUCHAREST HO
                         ROMANIA
                         70410 222
{6000} ORG to BNF Info:  /RFB/42401004122246100
{5100} Originator's FI:  BRNCBROBU
                         ROMANIAN COMMERCIAL BANK
                         BOULEVARD CAROL I 14
                         SECTOR 3
                         BUCHAREST,RO
{5200} Instructing FI:   BABIBUS33
                         AMERICAN EXPRESS BANK LTD
                         200 VESEY STREET, WLD. FIN. CTR.
                         NEW YORK, N.Y. 10285
{4200} Beneficiary:      D010311715
                         SECELEANU VIORICA
                         CHICAGO ILLINOIS
                         7320 N ROGERS AVENUE
                         USA
{4320} Ref for BNF:      000410014343
{6100} Receiver FI Info: 25.00 FEE DEDUCTED
{1520} IMAD:             20000411B1QX081X000544
{3320} Sender Ref:       000411008162
{1110} Timestamp:        04110834FT01
{1120} OMAD:             20000411G1QK770C000001041108334FT01
################
```

```
#### 02 #### FT PROD ####         FT INCOMING      ###NORMAL MSG/ACCTG ENTRY####
{3100} Sender: 021000089 CITIBANK                  {2000} Amount:        $7,980.00
{3400} Receiver: 271070908 HOYNE SB CHICAGO        {3600} Bus Function Code: CTR
{1510} Type Code:     1000
{5000} Originator:    SILISTRARU VALENTINA
                      CALEA MOSILOR NO 268 BL 14 AP 39
                      BUCHAREST ROMANIA
                      9130512 223
{6000} ORG to BNF Info: FAMILY SUPPORT LESS CHARGES
{5100} Originator's FI:  D36015319
                      ROMANIAN COMMERCIAL BANK
                      14, B DUL REPUBLIC I SECTOR 3
                      BUCHAREST, ROMANIA

{4200} Beneficiary:   L0103111715
                      VIORICA SECELEANU

{1520} IMAD:          19990518B1Q8023C000660
{3320} Sender Ref:    S0791383254901
{1110} Timestamp:     05180258FT01
{1120} OMAD:          19990518G1QK770C000000105180258FT01
################
```