## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE; | ) | Chapter 7 |
| | ) | |
| SECELEANU, VIORICA | ) | Case No. 04-12158 |
| | ) | |
| | ) | Honorable: Timothy A. Barnes |
| Debtor(s) | ) | |
| | ) | |

### TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED PROPERTY

Ronald R. Peterson, chapter 7 trustee ("Trustee"), pursuant to 11 U.S.C. §347 and Rule 3011 of the Federal Rules of Bankruptcy Procedure, provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1.  The Trustee has been duly appointed, qualified and continues to serve as the Trustee in the above-captioned case.

2.  In furtherance of his duties, the Trustee sent distribution checks via U.S. Mail to the parties listed on Exhibit A.

3.  A list of the distribution checks including the claim number is attached as Exhibit B.

4.  These checks remained unpaid as of June 15, 2021.

5.  All reasonable attempts have been expended to locate these creditors.

6.  By reason of the foregoing, the Trustee has caused payment to be stopped on the distribution checks and has deposited these unclaimed funds by payment of same to the Clerk of the Bankruptcy Court, pursuant to §347 of the Bankruptcy Code.

Respectfully submitted,

Ronald R. Peterson, Chapter 7 Trustee

By: /s/ Ronald R. Peterson

Ronald R. Peterson
JENNER & BLOCK LLP
353 N. CLARK STREET
38TH FLOOR
CHICAGO, IL  60654-3456
Tel: (312)222-9350
Email:

**EXHIBIT A**

**Parties with Unclaimed Distribution Funds**

| **CREDITOR** |
| --- |
| Department of the Treasury IRS<br>230 S Dearborn<br>Stop 5016-CHI<br>Chicago, IL  60604 |

**EXHIBIT B**
**Description of Unclaimed Distribution Checks**

Check 2006, August 10, 2020
Case Number 04-12158

| Creditor | Claim No | Amount Allowed | Amount Paid |
| --- | --- | --- | --- |
| Department of the Treasury IRS<br>230 S Dearborn<br>Stop 5016-CHI<br>Chicago, IL  60604 | 3 | $450,000.00 | $49,135.97 |

----------- Remittance Total -----------                                    $49,135.97

_/s/ Ronald R. Peterson_

Ronald R. Peterson, Trustee

**ARCS BANK**
4350 La Jolla Village Dr, Suite 110
San Diego, CA 92122

Remit To Court

RONALD R. PETERSON,
TRUSTEE
JENNER & BLOCK LLP
353 N. CLARK STREET
38TH FLOOR
CHICAGO, IL 60654-3456

16-49/1220
CHECK NUMBER
**2007**

| DATE | AMOUNT |
|------|--------|
| 6/15/21 | $*********49,135.97 |

**PAY TO THE ORDER OF**

| CASE NUMBER |
|-------------|
| 1:04-12158-TAB |

**ESTATE OF**
Debtor: VIORICA SECELEANU

Clerk, U.S. Bankruptcy Court

*Forty Nine Thousand One Hundred Thirty Five Dollars And 97/100*

CHAPTER 7 TRUSTEE
THIS CHECK VOID AFTER 90 DAYS

---

| Date: 6/15/21 | Check Number: 2007 | Amount: $49,135.97 |
|---------------|--------------------|--------------------|

Case Number 1:04-12158-TAB
Debtor Name: VIORICA SECELEANU

| Paid To: Clerk, U.S. Bankruptcy Court | Trustee: RONALD R. PETERSON, TRUSTEE |
|---|---|
| | JENNER & BLOCK LLP |
| | 353 N. CLARK STREET |
| | 38TH FLOOR |
| | CHICAGO, IL 60654-3456 |

Description: Remit To Court

Bank Account Number:

---

| Date: 6/15/21 | Check Number: 2007 | Amount: $49,135.97 |
|---------------|--------------------|--------------------|

Case Number 1:04-12158-TAB
Debtor Name: VIORICA SECELEANU

| Paid To: Clerk, U.S. Bankruptcy Court | Trustee: RONALD R. PETERSON, TRUSTEE |
|---|---|
| | JENNER & BLOCK LLP |
| | 353 N. CLARK STREET |
| | 38TH FLOOR |
| | CHICAGO, IL 60654-3456 |

Description: Remit To Court

Bank Account Number: