UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: <br> Viorica Seceleanu <br><br><br><br><br> Debtor(s) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | BK No.: 04-12158 <br><br> Chapter: 7 <br> Honorable A. Benjamin Goldgar |

**ORDER DENYING WITHOUT PREJUDICE**
**APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

On September 9, 2021, claimant Viorica Seceleanu filed an application for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. Section 347(a). Accordingly, IT IS HEREBY ORDERED:

The application is denied without prejudice for the reasons stated on the record.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: September 20, 2021

United States Bankruptcy Court

Northern District of Illinois

In re:     Case No. 04-12158-TAB

Viorica Seceleanu     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0752-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 21, 2021 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Viorica Seceleanu, 7306 N Winchester Avenue, Unit 503, Chicago, Il 60626-5517 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David E Cohen | on behalf of Plaintiff The Inverbrass Funds  LLC dcohen@fishercohen.com |
| Jayne Laiprasert | on behalf of Plaintiff Ronald R Peterson  not individually, but solely as chapter 7 trustee for the bankruptcy estate of Viorica Seceleanu jlaiprasert@jenner.com, docketing@jenner.com |
| Jeremy T Stillings | on behalf of Attorney Jeremy Stillings jstillings@proskauer.com  jstillings@soliccapital.com |
| Kenneth K Ditkowsky | on behalf of Debtor 1 Viorica Seceleanu kenditkowsky@yahoo.com |
| Michael J Greco | on behalf of Debtor 1 Viorica Seceleanu michaelgreco18@yahoo.com  highplainslawyer@hotmail.com |
| Patrick S Layng | |

District/off: 0752-1　　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Sep 21, 2021　　　　　　　　　　　　Form ID: pdf012　　　　　　　　　　　　Total Noticed: 1

       USTPRegion11.ES.ECF@usdoj.gov

Ronald Peterson

  on behalf of Defendant Ronald R Peterson rpeterson@jenner.com  lraiford@jenner.com,PJacobs@jenner.com

Ronald R Peterson

  rpeterson@jenner.com  rpeterson@ecf.axosfs.com;docketing@jenner.com

Ronald R Peterson

  on behalf of Attorney Jenner & Block LLP rpeterson@jenner.com  rpeterson@ecf.axosfs.com;docketing@jenner.com

TOTAL: 9